PHYLIS S. SCHORR, Appellant, v. CITY OF NEW YORK, Respondent.— In an action to recover damages for personal injuries, the appeal is from a judgment entered on a dismissal of the complaint at the close of the entire case. Appellant, who was coasting down a hill on a sled, was injured when the sled collided with a signpost delineating and limiting the coasting area. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Ughetta and Kleinfeld, JJ.

BEATRICE TODD, Respondent, v. MICHAEL R. TODD, Appellant.— In an action for a separation, in which a counterclaim for a separation was interposed, the appeal is from a judgment, entered after trial, granting respondent a separation, awarding her permanent alimony and additional counsel fees, and dismissing appellant's counterclaim. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Hallinan and Kleinfeld, JJ.; Murphy, J., deceased.

TOWN OF HEMPSTEAD, Respondent, v. HERBERT W. GOLDBLATT et al., Appellants.— In an action to enjoin sand mining and related operations allegedly carried on in violation of a town ordinance, the appeal is from a judgment, entered after trial, adjudging, inter alia, that the ordinance and the enforcement thereof are valid exercises of the police power of respondent, and that appellants be enjoined from conducting such operations. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ. [19 Misc 2d 176.]